IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 06-RJ-00028

STUDENT LOAN MARKETING ASSOCIATION,

    Plaintiff,

v.

HAL P. WHITNEY, DDS,

    Defendant,

and

FALCON DENTAL CARE,

    Garnishee.

## GARNISHEE ORDER

On motion of the United States, and good cause appearing, IT IS HEREBY ORDERED that Garnishee Falcon Dental Care shall, each pay period, pay 25% of Defendant's disposable wages to the Student Loan Marketing Association and shall continue said payments until the judgment debt herein is paid in full, or until the Garnishee no longer has custody, possession, or control of any property belonging to the Defendant, or until further order of this Court.

Payment Instructions: Checks shall be made payable to U.S. Department of Justice and mailed to:

    U.S. Attorney's Office
    Attn: Financial Litigation Unit
    1225 17th Street, Suite 700
    Denver, CO 80202

Please include the following information on each check:

        Name of Defendant:      Hal P. Whitney, DDS

        Court Number:          06-RJ-0028

        CDCS Number:         2007A07442

BY THE COURT:

Dated: 7/30/2015

*[signature: Michael E. Hegarty]*

UNITED STATES ~~DISTRICT~~ JUDGE
MAGISTRATE